IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

No. 4:09-CR-64-F1

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | O R D E R |
| | ) | |
| AARON COPPEDGE, | ) | |
| Defendant. | ) | |

This matter is before the court on Coppedge's pro se letter motion [DE-208] requesting a number of documents. Coppedge indicates in the letter that he is willing to pay for the documents. The Clerk of Court is DIRECTED to send Coppedge notice of how he can request copies of transcripts from the official court record and arrange for payment.

Coppedge includes a laundry list of materials he wants copies of to help him prepare for his § 2255 collateral attack on his conviction. Coppedge is informed that the court does not have any of the state court documents or the investigative materials related to this case or his prior state cases. Coppedge will have to contact the United States Attorney's office or the state court system to request copies of those documents. Coppedge is also notified that he may not be entitled to production of these documents under applicable law and nothing in this order should be construed as suggesting otherwise. Coppedge's letter motion is DENIED to the extent it requests copies of documents not within the court's official record.

Finally, Coppedge is informed that in limited circumstances a § 2255 petitioner may be entitled to discovery. Rule 6, Rules Governing § 2255 Proceedings. Thus, Coppedge may file the § 2255 and if it survives preliminary screening, he *may* be entitled to production of some of the documents he requests in this letter. However, the court emphasizes that discovery in Coppedge's particular case is not guaranteed.

SO ORDERED.

This the 1st day of August, 2014.

                                              James C. Fox
                                              Senior United States District Judge